# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

### PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Michael Rancher

Name under which you were convicted

# 1840 11

Your prison number

CIVIL ACTION
(To be supplied

vs.

Warden Kenneth Peters

Name of Defendant(s)
Commissioner John Hamm
CoI Brooks
Fountain Correctional Facility

Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. Defendants. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E.  Pleading the Complaint.  Your complaint should not contain legal arguments, case law or statutory citations.  You are required to provide facts.  Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F.  Fees.  This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.  If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs.  A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint.  This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00.  If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint.  Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G.  Form of Pleadings.  All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten.  Every document filed after the complaint must have the style of the case and the docket number.  Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken.  See Fed. R. Civ. P. 11(a).  No notary is required.

H.  Certificate of Service.  Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent.  A pleading will be stricken if it does not contain this certificate of service.  See Fed. R. Civ. P. 5.

I.  Copies.  This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J.  Form of Pleadings.  Do not write letters to the Court.  All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K.  No Evidence.  No evidence shall be sent to the Court for filing or storing.


I.  **PREVIOUS LAWSUITS.**

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: _____ None _____

_____

Defendants: _____ None _____

_____

2. Court (if federal court, name the district; if state court, name the county): _None_

3. Docket Number: _None_____

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )  No ( )  N/A

5. Name of judge to whom the case was assigned: _____ None _____

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____ None _____

_____

_____

7. Approximate date of filing lawsuit: _____ None _____

8. Approximate date of ruling by court: _____ None _____

3

II. **YOUR PRESENT COMPLAINT**.

A. Place or institution where action complained of occurred: _Fountain Correctional Fac_

B. Date it occurred: _August 8th, 2024_

C. Is there a prisoner grievance procedure in this institution? _Yes_

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
  Yes ( )      No (✓)

E. If your answer is YES:

   1. What steps did you take? _None because this was an Assault_

   2. What was the result? _None_

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

Complaint

Plaintiff Demands a trial by Jury !

Grounds

1. Plaintiff Michael Rancher, at 9677 Hwy N, Atmore, Ala 36503.

2. Defendant Warden Kennth Peters, at 9677 Hwy. N Atmore Ala 36503.

4

## III. PARTIES.

A. Plaintiff (Your name/AIS): Michael Rancher

Your present address: Fountain 3800 - Atmore, Al. 36503

B. Defendant(s):

1. Defendant (full name) Kenneth Peters is employed as Warden at Fountain Correctional Fac.

His/her present address is 9677 Hwy, N., Atmore, 36503.

(a) Claim against this defendant: "See Attached pages"

(b) Supporting facts (Include date/location of incident):

"See Attached pages"

2. Defendant (full name) John Hamm is employed as Commissioner of the ADOC at 301 South Ripley Street, Montgomery, Al. 36130.

His/her present address is "Above"

(a) Claim against this defendant: "See Attached pages".

(b) Supporting facts (Include date/location of incident):

"See Attached pages"

3. Defendant (full name) CoI Officer Brooks is employed as Correctional Officer at Fountain Correctional Facility.

His/her present address is 9677 Hwy. N. Atmore, 36503.

(a) Claim against this defendant: _"See Attached Pages"_

(b) Supporting facts (Include date/location of incident):

_"See Attached Pages"_

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: _Burglary I_

2. When were you convicted? _1995_

3. What is the term of your sentence? _25 years_

4. When did you start serving this sentence? _Sept. 1995_

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )    No (✓)

If so, complete the following:

(a) Date of conviction: _"In Applicable"_

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? _2024 year_

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

6

Writ of habeas  yes( ) no(✓)          yes( ) no(✓)
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _INApplicable_ _____

_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

_See Attached sheets._ _____

_____

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

02/ /25
Date

X _Michael Rencher_
(Signature of Plaintiff Under Penalty of Perjury)

_Fountain 3800_
Current Mailing Address

_Atmore, AL. 36503_

_None_
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

3. Commissioner John Hamm, at 301 S Ripley St P.O Box 301501 Montgomery Ala, 36130.

4. Co. 1 officer Brooks at 9677 Hwy N. Atmore Ala 36503.

Plaintiff Michael Rancher (here in After Rancher) is an inmate housed in the Alabama Dept. of corrections [A.D.O.C] unit Know as Fountain Correctional Facility [here in After Fountain Unit].

Rancher is an inmate convicted of burglary in the year of 1995 sentenced to Life imprisonment. Rancher while asleep he was attacked by unKnown inmate who hit him with a stick in his eye that caused loss of vision in his right eye. Rancher is to this day still receiving surgery to stabilize his eye!

A) <u>Incident</u>

In 2024 on the 8, day of August, Rancher was in F-Dorm where there are 275 to 300 inmates are assigned to live,

The only guard assigned to the dorm was officer Brooks, because of shortage of guard by defendants. Warden Peters and commissioner John Hamm [Herein-After Comm. Hamm]. Defendant Brooks was not in F-Dorm as he was outside of the dorm talking to another inmate;

8

While Rancher was assaulted and loss his eye. Once Assaulted Rancher had to run outside to escape the Assault and seen officer Brooks and ran to him.

Officer Brooks didn't call a code didn't examine Rancher, as his face was covered in blood. officer Brooks, provided no protection... duty told Rancher he was going to call the infirmary and go down there.

B. History of Assault and deaths at fountain Unit the past Five (5) years.

All defendents are aware of lack of security and officer. And that over 15 death have occurred within the past 5 to 10 years and over 300 Assault have occurred at fountain unit the pass 5 years, according to the dept. of Justice Report in 2016.

Rancher Alleages that the defend knew that inmates were heavily armed with clubs and other weapons and made no effort to remove these weapons from the prison population.

Rancher states that Assault were common and very few inmates were given disciplinary to dis... Assaulting inmates and inmate didn't stay in segregation but a short time if any for assaulting another inmate.

Rancher AVER's based upon these facts and others not mention that the defendants knew that their Policeis and practices were deficient were deliberate indifferan to his safety which led to the loss of his right eye sight because they took no meaningful corrective act to prevent his assault or protect him. and deliberate indifferance to the safety and needs of Mr. Rancher.

## Relief

1. Rancher demands compensatiory damenges in the amount of $2,000,000. million dollars.

2. Rancher demands punative damenges in the amount of $3,000,000 dollars.

3. Rancher demands injunctive and declartory relief to immediately hire adequate train officeus to maximum capacity to operate Founthain correctional. Facility.

4. Rancher demands a total Judgement of $5,000,000

Rancher. Michael

2/24/2025

10

Michael Rancher
#184011 - 7-Dorm
Fountain Unit 3800
Atmore, AL. 36503

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

" Legal Mail "

To: Office of the Clerk
United States District Court for
the Southern District of Alabama
155 St. Joseph Street
Mobile, AL. 36602